UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
Joel Steinmetz,

individually and on behalf of all others similarly situated,
                            Plaintiff,

   -v.-

Atlantic Recovery Solutions, LLC,

                        Defendants.
------------------------------------------------------------------------x

Civil Action No:
1:22-cv-1452

## **NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: December 16, 2022

Respectfully Submitted,

/s/Christofer Merritt
Christofer Merritt
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
cmerritt@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

So Ordered: /s/
Kiyo A. Matsumoto, USDJ
12/16/2022

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 16th day of December 2022              Respectfully Submitted,

                                                      */s/ Christofer Merritt*
                                                      Christofer Merritt